UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CR-161-TAV-HBG |
| KENT LOWERY BOOHER, | ) ) ) |
| Defendant. | ) ) |

## **VERDICT FORM**

We, the members of the jury, find unanimously and from all the evidence as follows:

1. As to **Count One** of the Superseding Indictment charging a violation of 18 U.S.C. § 2442(b), that is, from on or about March 3, 2019, to on or about March 8, 2019, within the Eastern District of Tennessee, the defendant, using a facility or means of interstate and foreign commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, to wit, Tennessee Code Annotated Section 39-13-506(c), we find the defendant KENT LOWERY BOOHER:

    _____ NOT GUILTY

    *[signature]* GUILTY

2. As to **Count Two** of the Superseding Indictment charging a violation of 18 U.S.C. § 2260A, that is from on or about March 3, 2019, to on or about March 8, 2019, within the Eastern District of Tennessee, defendant, an individual required by law of the State of Tennessee to register as a sex offender, committed a felony offense involving a minor, we find the defendant KENT LOWERY BOOHER:

    _____ NOT GUILTY

    *[signature]* GUILTY

3. As to **Count Three** of the Superseding Indictment charging a violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), and (c), that is from in or about November 2012, to in or about June of 2013, within the Eastern District of Tennessee, defendant, in and affecting interstate commerce, knowingly enticed, patronized, and solicited by any means a minor child, whose initials are "K.V.," to engage in a commercial sex act, having had a reasonable opportunity to observe K.V. and knowing and in reckless disregard of the fact that K.V. had not attained the age of 18 years, we find the defendant KENT LOWERY BOOHER:

_____ NOT GUILTY

*[signed]* GUILTY

4. As to **Count Four** of the Superseding Indictment charging a violation of 18 U.S.C. § 2251, that is, on or about May 4, 2013, within the Eastern District of Tennessee, defendant did knowingly attempt to employ, use, persuade, induce, entire, and coerce a minor child, who was at that time 15 years of age, and whose initials are "K.V.," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which would have been produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including a computer, we find the defendant KENT LOWERY BOOHER:

_____ NOT GUILTY

*[signed]* GUILTY

5. As to **Count Five** of the Superseding Indictment charging a violation of 18 U.S.C. § 2422(b), that is, on or about May 4, 2013, within the Eastern District of Tennessee, defendant, using a facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, and entice an individual who had not yet attained the age of 18 years, whose initials are "K.V.," to engage in sexual activity for which any person can be charged with a criminal offense, to wit, Tennessee Code Annotated Section 39-13-506(c), we find the defendant KENT LOWERY BOOHER:

_____ NOT GUILTY

*[signed]* GUILTY

**SIGNATURE REDACTED**

Signature of FOREPERSON

4/19/21

Date