**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

UNITED STATES OF AMERICA

    Plaintiff,

v.                                              Docket No:    3:19-CR-161
                                                             JUDGE VARLAN

KENT BOOHER,

    Defendant.

**RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM**

    Comes now the Defendant Kent Booher, by and through his undersigned counsel, hereby responds to the Government's sentencing memorandum. (Doc. 94)

    The Defendant stringently objects to the Government's accusation that the Defendant is "preying on preteen" girls in the Synopsis section on the first page. This is a scurrilous attempt at character assassination having no basis in fact. Further, the Defendant objects to the accusation that he "continued to ply her (KV) with drugs" in the Analysis section, subsection b. Even though the Government attempted to get their witnesses to testify to the Defendant giving (KV) drugs, none obliged.

    The Defendant objects to the overall tenor of the Government's verbiage in the sentencing memorandum as a whole.

    WHEREFORE, based upon the foregoing, Kent Booher, respectfully Objects to the Government's Sentencing Memorandum.

    Respectfully submitted this 22nd day of August, 2022.

**s/Russell T. Greene**
RUSSELL T. Greene
P.O. Box 10439
Knoxville, TN  37939
865.329-9974

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

This the22nd day of August, 2022.

**s/Russell T. Greene**
RUSSELL T. Greene
P.O. Box 10439
Knoxville, TN  37939
865.329.9974